# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CHRYSTELL H. FACKRELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-0958-CV-W-DW |
| SAMUEL LEE MARSHALL and LOMBARDI SOFTWARE, INC., | ) |
| Defendant. | ) |

## ORDER

Cross-claim Plaintiff Lombardi Software, Inc. ("Lombardi") and Cross-claim Defendant Samuel Lee Marshall ("Marshall") stipulate to the dismissal of Lombardi's Cross-claim against Marshall (Doc. 54). Pursuant to Rule 41(a)(1)(ii) and Rule 41(c), the cross-claim is hereby dismissed without prejudice, each party to bear their own costs.

IT IS SO ORDERED.

Date: March 20, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court